**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1714

_____

MURDOCK READY MIXED CONCRETE COMPANY,

Plaintiff - Appellant,

v.

RITCHIE BROS. AUCTIONEERS (AMERICA) INC.; RB GLOBAL INC.; RITCHIE BROTHERS, INC.; BRIAN PARKS, Official Capacity; DAVID RITCHIE, Official Capacity; JIM KESSLER, Official Capacity; EMMA TUCKLEY, Official Capacity; ANN FANDOOZL, Official Capacity,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Richard E. Myers, II, Chief District Judge.  (5:24-cv-00278-M-BM)

_____

Submitted:  February 26, 2026                    Decided:  March 27, 2026

_____

Before NIEMEYER and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Curtis Sterling Murdock, III, Appellant Pro Se.  Alexandra Harrington Austin, MAYNARD NEXSEN PC, Charleston, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Murdock Ready Mixed Concrete Company ("Murdock") appeals the district court's order dismissing its pro se complaint without prejudice for failure to comply with a court order directing it to obtain counsel. Our review of the record leads us to conclude that the district court did not abuse its discretion by dismissing Murdock's complaint without prejudice for failure to comply with this order.[*] *See Ballard v. Carlson*, 882 F.2d 93, 95-96 (4th Cir. 1989) (stating standard of review and explaining that when a litigant ignores an express warning that noncompliance with a court order will result in dismissal, the district court should dismiss the case).

We therefore affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] To the extent Murdock argues that the district court erred in directing it to obtain counsel, we conclude that Murdock forfeited this argument by failing to raise it in the district court, and Murdock does not establish exceptional circumstances warranting our consideration of this argument for the first time on appeal. *See Garey v. James S. Farrin, P.C.*, 35 F.4th 917, 928 (4th Cir. 2022).

2